# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jaime, Christopher D. | U.S. Bankruptcy Court | 10/06/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2015 <br> to <br> 12/31/2015 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court
501 I Street
Sacramento, CA 95814

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jaime, Christopher D. | 10/06/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | California Bankr. Forum | Feb. 6, 2015 | Sacramento, CA | Panel member | Dinner |
| 2. | Redding Bar Assn. | Feb. 12, 2015 | Redding, CA | Speaker | Lunch |
| 3. | Sacramento Valley Bankr. Forum | Nov. 19, 2015 | Sacramento, CA | Panel member | Dinner |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jaime, Christopher D. | 10/06/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jaime, Christopher D. | 10/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. NV prepaid tuition 529 Fund/NV State Treas. | C | Distribution | J | W | Redeemed (part) | 03/15/15 | J | A | |
| 2. NV prepaid tuition 529 Fund/NV State Treas. | | None | K | W | | | | | |
| 3. Wells Fargo Bank savings account | A | Interest | K | T | | | | | |
| 4. Wells Fargo Bank savings account | A | Interest | J | T | | | | | |
| 5. Wells Fargo Bank savings account | A | Interest | J | T | | | | | |
| 6. Tweedy Browne Global Value Fund | D | Dividend | L | T | Buy | 01/21/15 | L | | |
| 7. | | | | | Buy (add'l) | 12/29/15 | J | | |
| 8. Tweedy Browne Value Fund | D | Dividend | M | T | Buy | 01/21/15 | M | | |
| 9. | | | | | Buy (add'l) | 12/29/15 | | | |
| 10. Gabelli Asset CF AAA-GABAX | E | Dividend | M | T | Buy | 01/21/15 | N | | |
| 11. | | | | | Sold (part) | 02/03/15 | K | | |
| 12. | | | | | Sold (part) | 06/12/15 | K | | |
| 13. Charles Schwab MCL IRA Rollover DFCEX DFA Emerging Mkts Coe Eqty Port | B | Dividend | N | T | Buy | 01/21/15 | N | B | |
| 14. I Shares Core S&P 500FFT (IVV) | A | Dividend | K | T | Buy | 01/21/15 | K | B | |
| 15. DFA Emerging Mkts Core Equity Port Inst'l (DFCEX) | A | Dividend | J | T | Buy (add'l) | 01/21/15 | J | | |
| 16. | | | | | Buy (add'l) | 06/08/15 | J | | |
| 17. | | | | | Buy (add'l) | 09/09/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jaime, Christopher D. | 10/06/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 12/15/15 | J | | |
| 19. DFA Emerging Mkts Port (DFCMX) | A | Dividend | J | T | Buy | 01/21/15 | J | | |
| 20. | | | | | Buy (add'l) | 06/08/15 | J | | |
| 21. | | | | | Buy (add'l) | 09/09/15 | J | | |
| 22. | | | | | Buy (add'l) | 12/15/15 | J | | |
| 23. DFA 5-yr Global Fixed Income Port Instl (DFGBX) | A | Dividend | J | T | Buy | 01/21/15 | J | A | |
| 24. | | | | | Buy (add'l) | 06/11/15 | J | | |
| 25. | | | | | Buy (add'l) | 12/15/15 | J | | |
| 26. DFA Global Real Estate Securities (DFGBX) | A | Dividend | J | T | Buy | 01/21/15 | J | | |
| 27. | | | | | Buy (add'l) | 12/16/15 | J | | |
| 28. DFA Intl Real Estate Securities Port (DFITX) | A | Dividend | J | T | Buy | 01/21/15 | J | | |
| 29. | | | | | Buy (add'l) | 12/15/15 | J | | |
| 30. DFA Intl Small Cap Value Port Intl (DISVX) | A | Dividend | J | T | Buy | 01/21/15 | J | | |
| 31. | | | | | Buy (add'l) | 06/08/15 | J | | |
| 32. | | | | | Buy (add'l) | 12/15/15 | J | | |
| 33. DFA Small Co. Port Instl (DFISX) | A | Dividend | K | T | Buy | 01/21/15 | K | B | |
| 34. | | | | | Buy (add'l) | 06/08/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 09/09/15 | J | | |
| 36. | | | | | Buy (add'l) | 12/16/15 | | | |
| 37. DFA Intl Value Port (DFIXX) | A | Dividend | K | T | Buy | 01/21/15 | K | | |
| 38. | | | | | Buy (add'l) | 06/08/15 | J | | |
| 39. | | | | | Buy (add'l) | 09/09/15 | | | |
| 40. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 41. DFA Large Cap Intl Port Instl (DFALX) | A | Dividend | K | T | Buy | 01/21/15 | K | | |
| 42. | | | | | Buy (add'l) | 03/09/15 | J | | |
| 43. | | | | | Buy (add'l) | 06/08/15 | J | | |
| 44. | | | | | Buy (add'l) | 09/09/15 | J | | |
| 45. DFA Real Estate Securities Instl (DFREX) | A | Dividend | K | T | Buy | 01/21/15 | K | | |
| 46. | | | | | Buy (add'l) | 03/09/15 | J | | |
| 47. | | | | | Buy (add'l) | 06/08/15 | J | | |
| 48. | | | | | Buy (add'l) | 12/15/15 | J | | |
| 49. DFA US Large Cap Value Port Instl (DFWX) | A | Dividend | K | T | Buy | 01/21/15 | K | A | |
| 50. | | | | | Buy (add'l) | 02/09/15 | J | | |
| 51. | | | | | Buy (add'l) | 06/08/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jaime, Christopher D. | 10/06/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 09/09/15 | J | | |
| 53. | | | | | Buy (add'l) | 12/16/15 | J | | |
| 54. DFA US Micro Cap Port Instl (DFSCX) | B | Dividend | K | T | Buy | 01/21/15 | K | B | |
| 55. | | | | | Buy (add'l) | 09/09/15 | J | | |
| 56. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 57. | | | | | Buy (add'l) | 09/09/15 | J | | |
| 58. | | | | | Buy (add'l) | 12/16/15 | J | | |
| 59. DFA Small Cap Port Instl (DFSTX) | A | Dividend | J | T | Buy | 01/21/15 | J | | |
| 60. | | | | | Buy (add'l) | 03/09/15 | J | | |
| 61. | | | | | Buy (add'l) | 06/08/15 | J | | |
| 62. | | | | | Buy (add'l) | 09/09/15 | J | | |
| 63. | | | | | Buy (add'l) | 12/16/15 | J | | |
| 64. DFA Small Cap Value Port Instl (DFSCX) | B | Dividend | K | T | Buy | 01/21/15 | K | B | |
| 65. | | | | | Buy (add'l) | 03/09/15 | J | | |
| 66. | | | | | Buy (add'l) | 06/08/15 | J | | |
| 67. | | | | | Buy (add'l) | 09/09/15 | J | | |
| 68. | | | | | Buy (add'l) | 12/16/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jaime, Christopher D. | 10/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. | | | | | | | | | |
| 71. | | | | | | | | | |
| 72. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jaime, Christopher D. | 10/06/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Maupin, Cox & Legoy Porfit-Sharing Plan (pooled account0 listed on my 06/08/15 initial report at Part VII, Line 8, no longer exists. Terminated upon my separation from the law firm of Maupin, Cox & Legoy. Rollover to Gabelli, Tweedy, Schwab accounts identified on this report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christopher D. Jaime**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544